IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**DARRY GENE YARBRO**                                                                   **PETITIONER**

**v.**                          **CASE NO. 2:08CV00120 JLH**

**T.C. OUTLAW, WARDEN,**
**FCI FORREST CITY, ARKANSAS**                                              **RESPONDENT**

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 8th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE